**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6450**

_____

RICKY A. PIERCE,

                                        Plaintiff - Appellant,

        versus

ASSISTANT SUPERINTENDENT KING; SERGEANT BOYD;
SERGEANT   CHEEKS;   SUPERINTENDENT   WILLIAMS;
LIEUTENANT BURROUGHS; OFFICER CANNIE; OFFICER
SMITH, Disciplinary Hearing Officer; CASE-
WORKER JEFFERIES,

                                        Defendants - Appellees,

UNITED STATES OF AMERICA,

                                        Intervenor.

_____

**No. 96-7061**

_____

RICKY A. PIERCE,

                                        Plaintiff - Appellant,

        versus

ASSISTANT SUPERINTENDENT KING; SERGEANT BOYD; SERGEANT CHEEKS; SUPERINTENDENT WILLIAMS; LIEUTENANT BURROUGHS; OFFICER CANNIE; OFFICER SMITH, Disciplinary Hearing Officer; CASE-WORKER JEFFERIES,

Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-94-523-5-BO)

---

Argued: October 3, 1997                    Decided: December 11, 1997

---

Before MURNAGHAN and WILKINS, Circuit Judges, and MAGILL, Senior Circuit Judge of the United States Court of Appeals for the Eighth Circuit, sitting by designation.

---

Affirmed by unpublished per curiam opinion.

---

**ARGUED:** Neal Lawrence Walters, Appellate Litigation Clinic, UNIVERSITY OF VIRGINIA SCHOOL OF LAW, Charlottesville, Virginia; Seth Michael Galanter, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellant. William Dennis Worley, Assistant Attorney General, Ronald Moore Marquette, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees. **ON BRIEF:** Michael F. Easley, Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky A. Pierce, a disabled inmate at the Tillery Correctional Center in North Carolina, appeals from a decision of the United States District Court for the Eastern District of North Carolina granting summary judgment in favor of the defendants, officials employed by the North Carolina Department of Corrections. Pierce alleges a violation of his rights under Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12131-12165. For the reasons stated in <u>Amos v. Maryland Department of Public Safety and Correctional Services</u>, No. 96-7091, 1997 WL 581652 (Sept. 22, 1997), we affirm.

<u>AFFIRMED</u>

3